# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Donald Biard Macguineas, III, | ) | **JUDGMENT OF DISMISSAL** |
| | ) | **IN A CIVIL CASE** |
| Petitioner, | ) | |
| | ) | CV-13-827-PHX-NVW (SPL) |
| v. | ) | |
| | ) | |
| United States Marshals Service, et al., | ) | |
| | ) | |
| Respondent(s). | ) | |

___ Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_ Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed May 2, 2013, judgment of dismissal is entered. Petitioner to take nothing and this action is hereby dismissed without prejudice.

                                            BRIAN D. KARTH
                                            District Court Executive/Clerk

June 18, 2013

                                            s/L.Figueroa
                                            By: Deputy Clerk

cc: (all counsel)